Case 7:21-cv-00158   Document 22   Filed on 09/29/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 29, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE P. GARCIA | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER |
| | ) | |
| KILOLO KIJAKAZI, | ) | M-21-158 |
| ACTING COMMISSIONER OF THE | ) | |
| SOCIAL SECURITY ADMINISTRATION | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis's Report and Recommendation entered as Docket Entry No. 20 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to counsel for the Parties.

Done on this 29th day of September, 2022, at McAllen, Texas.

Ricardo H. Hinojosa
U.S. DISTRICT JUDGE